# **<u>EXHIBIT B</u>**

{1280.001-W0061778.}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 15
                                                                 :
SPECTRA PREMIUM INDUSTRIES INC., *et al.*,[1]                    :
                                                                 :  Case No. 20-10611 (BLS)
                                                                 :
      Debtors in a Foreign Proceeding.                     :  (Jointly Administered)
                                                                 :
                                                                 :  **Ref: D.I. [___]**
---------------------------------------------------------------- x

## ORDER AUTHORIZING PETITIONER TO FILE UNDER SEAL THE DEBTORS' SETTLEMENT AGREEMENT WITH INDIANA BECKNELL INVESTORS 2011 LLC

Upon the *Motion For Entry of an Order Authorizing Petitioner to File Under Seal the Debtors' Settlement Agreement with Indiana Becknell Investors 2011 LLC* (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given under the circumstances; and it appearing that the relief requested by the Motion is necessary and appropriate; and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

---

[1] The Debtors in these Chapter 15 cases, along with the last four digits of each Debtor's federal identification number, are: Spectra Premium Industries Inc. (4016); Spectra Premium Holdings (USA) Corp. (7133); Spectra Premium (USA) Corp. (9447); and Spectra Premium Properties (USA) Corp. (7618). The registered office of Spectra Premium Industries Inc., the Debtors' ultimate parent company, is located at 1 Place Ville Marie in Montréal, Quebec, Canada, H3B 4M4, Suite 4000. The Debtors are collectively managed from the Spectra Group's corporate headquarters in Boucherville, Quebec, Canada.

[2] Capitalized terms not defined herein shall have the same meaning as ascribed to them in the Motion.

{1280.001-W0061777.}

- 2 -

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, the Debtors are authorized to file under seal the Settlement Agreement.

3. The sealed version of the Settlement Agreement shall not be made available to anyone except the Court, the U.S. Trustee, and other persons upon further order of the Court.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: _____, 2020
       Wilmington, Delaware

                                                                                                   THE HONORABLE BRENDAN L. SHANNON
                                                                                  UNITED STATES BANKRUPTCY JUDGE