IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :
                                                                   :   Chapter 15
                                                                   :
SPECTRA PREMIUM INDUSTRIES INC., *et al.*,[5]                      :   Case No. 20-10611 (BLS)
                                                                   :
                                                                   :   (Jointly Administered)
        Debtors in a Foreign Proceeding.                           :
                                                                   :
------------------------------------------------------------------ x

## CERTIFICATION OF MATTHEW B. MCGUIRE

Matthew B. McGuire, an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, hereby certifies that:

1.  I am partner with the firm of Landis Rath & Cobb LLP ("LRC") and I am duly authorized to make this certification on behalf of LRC. This certification is made in support of the *Motion For Entry of an Order Authorizing Petitioner to File Under Seal the Debtors' Settlement Agreement with Indiana Becknell Investors 2011 LLC* (the "Motion to Seal")[6] and in compliance with rule 9018-1(d)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

[*Signature on following page*]

---

[5] The Debtors in these Chapter 15 cases, along with the last four digits of each Debtor's federal identification number, are: Spectra Premium Industries Inc. (4016); Spectra Premium Holdings (USA) Corp. (7133); Spectra Premium (USA) Corp. (9447); and Spectra Premium Properties (USA) Corp. (7618). The registered office of Spectra Premium Industries Inc., the Debtors' ultimate parent company, is located at 1 Place Ville Marie in Montréal, Quebec, Canada, H3B 4M4, Suite 4000. The Debtors are collectively managed from the Spectra Group's corporate headquarters in Boucherville, Quebec, Canada.

[6] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

2. I certify that, in compliance with Local Rule 9018-1(d)(iv)(a), I have conferred with counsel to the Landlord, the Holder of Confidentiality Rights, and we have reached agreement concerning what information contained in the Settlement Agreement must remain sealed from public view.

| | |
|---|---|
| Dated: May 27, 2020<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  mcguire@lrclaw.com<br><br>*Counsel to the Petitioner* |