IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :   Chapter 15
                                                                 :
SPECTRA PREMIUM INDUSTRIES INC., *et al.*,[1]                    :   Case No. 20-10611 (BLS)
                                                                 :
                                                                 :   (Jointly Administered)
   Debtors in a Foreign Proceeding.                              :
---------------------------------------------------------------- x   D.I. ___

**ORDER GRANTING MOTION OF THE FOREIGN REPRESENTATIVE TO FILE UNDER SEAL THE ASSET PURCHASE AGREEMENT**

Upon the *Motion of the Foreign Representative to File Under Seal Foreign Representative's Motion for an Order (I) Enforcing (A) Canadian Court Order Approving Sale of Debtors' Assets and (B) Canadian Court Order Approving Assumption and Assignment of Certain Contracts to Purchaser, (II) Approving Sale of Debtors' Assets, Including Assumption and Assignment of Certain Contracts to Purchase, and (III) Granting Related Relief* (the "Motion");[2] and the Court having jurisdiction over this matter; and it appearing that sufficient notice of the Motion has been given under the circumstances; and it appearing that the relief requested by the Motion is necessary and appropriate; and sufficient cause appearing therefor; it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**.

---

[1] The Debtors in these Chapter 15 cases, along with the last four digits of each Debtor's federal identification number, are: Spectra Premium Industries Inc. (4016); Spectra Premium Holdings (USA) Corp. (7133); Spectra Premium (USA) Corp. (9447); and Spectra Premium Properties (USA) Corp. (7618). The registered office of Spectra Premium Industries Inc., the Debtors' ultimate corporate parent company, is located at 1 Place Ville Marie in Montréal, Québec, Canada, H3B 4M4, Suite 4000. The Debtors are collectively managed from the Spectra Group's corporate headquarters in Boucherville, Québec, Canada.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2.     Pursuant to Bankruptcy Code Section 107(b), Bankruptcy Rule 9018, Local Rule 9018-1, the Foreign Representative is authorized to file the Asset Purchase Agreement under seal.

3.     The Asset Purchase Agreement shall not be made available to anyone except for (a) the Court, (b) the Office of the United State the Trustee; (c) the Secured Lenders, and (d) any creditor who executes a non-disclosure agreement in a form satisfactory to the Foreign Representative.

4.     The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: _____, 2021
       Wilmington, Delaware

                                                                                   _____
                                                                                  The Honorable Brendan L. Shannon
                                                                                  United States Bankruptcy Judge